**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7183**

———————

ANDREW BURL WRIGHT,

                Petitioner - Appellant,

     v.

MARY MITCHELL, Warden of FCI,

                Respondent - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, Chief District Judge.  (6:10-cv-03147-DCN)

———————

Submitted:  November 15, 2011     Decided:  November 18, 2011

———————

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Andrew Burl Wright, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Burl Wright, a federal prisoner, appeals the district court's order denying his motion to reconsider the court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Wright v. Mitchell, No. 6:10-cv-03147-DCN (D.S.C. Aug. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED